FOSTER CUNLIFF ETC. VS PETER BOURSE *and al.*

492

Having considered the within Libel as also the Papers in this Case and as it appears by the Decree of the Commissioners for Hearing and Determining Appeals in Prize Cases, that the Claimants were Condemned to pay the moiety of the Value of the Ship Angola and her goods for Salvage thereof, before the Delivery and Restitution of the s$^d$ Ship and cargo to the afores$^d$ Claim$^{ts}$ and as the Value of the same is not ascertained; I do therefore appoint Hezekiah Carpenter Esq$^r$ Capt$^n$ Benjamin Wickham and M$^r$ Patrick Grant To appraise the same and make return of their doings therein under oath to this Court.

Chambers Russell J Admiralty

Having fully considered the Libel of the said Foster Cunliffe Esq$^r$ and others against Peter Bourse and others agents as aforesaid; and as Captain John Freebody one of the agents aforesaid has not assigned sufficient Rea-

sons why he should not Account Agreable to an Interlocutory Decree of this Court on said Libel I do therefore Order and Decree the said John Freebody to render an Account forthwith under oath of that part of the Cargo which he receiv'd as aforesaid to the Register of this Court I also Decree the said John Freebody to pay the Cost of this Court          Newport May the 20th 1750
Chambers Russell

[Admiralty Papers, VI, 134]